UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX SARRAF, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>BT GROUP PLC., GAVIN E. PATTERSON, IAN LIVINGSTON, and TONY CHANMUGAM,<br><br>       Defendants. | No. 1:17-cv-00558-PGG<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/29/17 |

## NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, the complaint in the above-captioned putative class action, *Sarraf v. BT Group PLC et al.*, 1:17-cv-00558-PGG (the "*Sarraf* Action"), was filed on January 25, 2017 (*Sarraf* Action Dkt. No. 1);

WHEREAS, on January 25, 2017, a substantially similar class action complaint was filed in United States District Court for the District of New Jersey under style of *Christian v. BT Group PLC et al.*, 2:17-cv-00497 (the "*Christian* Action") (*Christian* Action Dkt. No. 1);

WHEREAS, on February 1, 2017, another substantially similar class action complaint was filed in this Judicial District under style of *Hollister v. BT Group PLC et al*, 1:17-cv-00777 (the "*Hollister* Action");

WHEREAS, on August 28, 2017, putative class member PAMCAH-UA Local 675 Pension Fund ("Local 675") was appointed lead plaintiff for the putative class in the *Christian* Action (*Christian* Action Dkt. No. 23);

WHEREAS, by letter dated November 22, 2017, counsel for Local 675 advised the Court of Local 675's appointment as lead plaintiff, its filing of an amended complaint in the *Christian* Action, and its intention "to litigate all of these related actions [*i.e.*, the *Christian*, *Sarraf*, and *Hollister* Actions] in the District of New Jersey and, in due course, [to] take the appropriate steps to transfer [the *Sarraf* and *Hollister* Actions] to that court or voluntarily dismiss them" (*Sarraf* Action Dkt. No. 25);

WHEREAS, in light of the appointment of a lead plaintiff and the prosecution of the securities class actions described herein in the District of New Jersey, Plaintiff respectfully submits that voluntary dismissal of the *Sarraf* Action will not prejudice the putative class at issue; and

WHEREAS, no defendant in the *Sarraf* Action has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, for the foregoing reasons, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Alex Sarraf hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: January 19, 2018

Respectfully submitted,

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

*Counsel for Plaintiff*

**SO ORDERED:**

*Paul G. Gardephe*
**Paul G. Gardephe, U.S.D.J.**

Jan. 29, 2018